IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUR WORLD, LLC,<br>Plaintiff,<br>v.<br>JMU DENTAL, INC.,<br>Defendant. | CIVIL ACTION<br>NO. 26-1982 |

**ORDER**

**AND NOW**, this 30th day of July 2026, upon consideration of Defendant's Motion to Dismiss (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 13), Defendant's Reply (Doc. No. 16), the arguments of counsel for the parties at the hearing held on July 8, 2026 on the Motion to Dismiss the Complaint, the Parties' Supplemental Briefs (Doc. Nos. 20, 21), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that the Clerk of Court shall transfer the above-captioned case to the United States District Court for the Central District of California for all further proceedings.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.